**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Lakishia Chambliss** | Social Security number or ITIN **xxx–xx–2732** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court **Eastern District of Louisiana**

Case number: **18–10861**

## Order of Discharge                                                                 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Lakishia Chambliss
aka Lakishia Mimmitt Chambliss

8/3/18                                                                           **By the court:** Elizabeth W. Magner
                                                                                                United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                              United States Bankruptcy Court
                               Eastern District of Louisiana

In re:                                                                 Case No. 18-10861-EWM
Lakishia Chambliss                                                     Chapter 7
        Debtor
                                 CERTIFICATE OF NOTICE
District/off: 053L-2          User: kf                  Page 1 of 2              Date Rcvd: Aug 03, 2018
                              Form ID: 318              Total Noticed: 35


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 05, 2018.
db             +Lakishia Chambliss,    112 Nicole Blvd,    Westwego, LA 70094-2922
smg            +Collector of Revenue,    City of New Orleans,    Department of Finance,
                 1300 Perdido Street, RM 1W15,    New Orleans, LA 70112-2128
smg             Louisiana Department of Revenue,    Collection Division/Bankruptcy Section,    P. O. Box 66658,
                 Baton Rouge, LA 70896-6658
smg             U. S. Attorney's Office,    Eastern District of Louisiana,    650 Poydras Street,   Suite 1600,
                 New Orleans, LA 70130-7212
3615349        +Ad Astra Rec,    7330 W 33rd St N Ste 118,    Wichita, KS 67205-9370
3615350        +Ad Astra Recovery Serv,    7330 W 33rd St N Ste 118,    Wichita, KS 67205-9370
3615351        +Allied Interstate LLC,    7525 W Campus Rd,    New Albany, OH 43054-1121
3615353        +Amer Thrift,    1916 Williams Blvd,    Kenner, LA 70062-6232
3615354        +Cns Port Svc,    16355 Laguna Canyo,    Irvine, CA 92618-3801
3615355        +D'Aquila, Contreras & Vega,    3329 Florida Avenue,    Kenner, LA 70065-3600
3615357        +Genesis Financial,    104 East Beeline Lane,    P.O. Box 2445,    Harker Heights, TX 76548-0445
3615358       #+Harrison Finance,    1561 B Gause Blvd,    Slidell, LA 70458-2269
3615365        +Mabt Totvisa,    5109 S Broadband Ln,    Sioux Falls, SD 57108-2208
3615371        +Tulan Lo Fcu,    8200 Hampson St,    New Orleans, LA 70118-1000
3615372        +Tulane/Loyola Fed Credit Union,    1440 Canal St,    New Orleans, LA 70112-2795
3634286         UHEAA,   P.O.Box 145108,    Salt Lake City UT 84114-5108
3615373        +Uheaa/Ut Sbr,    60 S 400 W,    Salt Lake City, UT 84101-1284
3615375        +Usdoe/Glelsi,    PO Box 7860,    Madison, WI 53707-7860

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            +E-mail/Text: bankruptcy_bpc@lwc.la.gov Aug 03 2018 19:34:08      Louisiana Workforce Commission,
                 UI Tax Liability and Adjudications,    Attn: Bankruptcy Unit,    1001 N. 23rd Street,
                 Baton Rouge, LA 70802-3338
3615348        +EDI: AAEO.COM Aug 03 2018 23:38:00      Aarons Rent to Own,    1965 Barataria Blvd,
                 Marrero, LA 70072-4225
3615352        +EDI: GMACFS.COM Aug 03 2018 23:38:00      Ally Fincl,    200 Renaissance Ctr,
                 Detroit, MI 48243-1300
3615356        +E-mail/Text: bknotice@ercbpo.com Aug 03 2018 19:34:02      Erc,    8014 Bayberry Rd,
                 Jacksonville, FL 32256-7412
3615359         EDI: IRS.COM Aug 03 2018 23:38:00      Internal Revenue Service,    1555 Poydras Street,
                 Suite 220, M/S 31,    New Orleans, LA 70112
3615361        +E-mail/Text: rpajares@jeffersonfinancial.org Aug 03 2018 19:33:58      Jeff Fin Cu,
                 7701 Airline Dr,    Metairie, LA 70003-6228
3615362        +E-mail/Text: adam@luckmorefinance.com Aug 03 2018 19:33:55      Luckmore,    629 Baronne Street,
                 New Orleans, LA 70113-1003
3615363        +EDI: RESURGENT.COM Aug 03 2018 23:38:00      Lvnv Funding,    PO Box 1269,
                 Greenville, SC 29602-1269
3615364        +EDI: PHINGENESIS Aug 03 2018 23:38:00      Mabt Retail,    PO Box 4499,
                 Beaverton, OR 97076-4499
3615366        +EDI: TCISOLUTIONS.COM Aug 03 2018 23:38:00       Mid America  Bank and Trust,
                 5109 S Broadband Lane,    Sioux Falls, SD 57108-2208
3615677        +EDI: PRA.COM Aug 03 2018 23:38:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
3615367        +EDI: PRA.COM Aug 03 2018 23:38:00      Portfolio,   P. O. Box 12914,    Norfolk, VA 23541-0914
3633901         E-mail/Text: bankruptcy@republicfinance.com Aug 03 2018 19:34:16      REPUBLIC FINANCE LLC.,
                 282 TOWER RD.,    PONCHATOULA, LA   70454
3615368         E-mail/Text: bankruptcy@republicfinance.com Aug 03 2018 19:34:16      Republic Finance,
                 3570 Holiday Dr Ste 2,    New Orleans, LA 70114
3615369        +E-mail/Text: bk@rgsfinancial.com Aug 03 2018 19:33:53      Rgs Financial,
                 1700 Jay Ell Dr Ste 200,    Richardson, TX 75081-6788
3615370        +EDI: SWCR.COM Aug 03 2018 23:38:00      Sw Crdt Sys,    4120 International Pkwy,
                 Carrollton, TX 75007-1958
3615376        +E-mail/Text: ebn@wfcorp.com Aug 03 2018 19:34:18      Williams & Fudge, Inc,    P.O. Box 11590,
                 Rock Hill, SC 29731-1590
                                                                                              TOTAL: 17

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
3615360*       +Internal Revenue Service,    P. O. Box 7346,    Philadelphia, PA 19101-7346
3615374*       +Uheaa/Ut Sbr,    60 S 400 W,    Salt Lake City, UT 84101-1284
                                                                                   TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

```
District/off: 053L-2           User: kf                 Page 2 of 2           Date Rcvd: Aug 03, 2018
                               Form ID: 318             Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 05, 2018                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 3, 2018 at the address(es) listed below:
              Office of the   U.S. Trustee    USTPRegion05.NR.ECF@usdoj.gov
              Ronald J. Hof    la44@ecfcbis.com
              Timothy P. Kirkpatrick    on behalf of Debtor Lakishia  Chambliss kirkpatrick@kirkpatrick-law.com,
                kirkpatrick.timothy1@gmail.com
                                                                                                 TOTAL: 3
```